IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

MALIBU MEDIA, LLC,

        Plaintiff,

                                Case No. 1:14-cv-00569-KLL

RICHARD BROSHEAR,

        Defendant.
_____/

## ORDER ON STIPULATION FOR DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant Richard Broshear's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant Richard Broshear's claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

SO ORDERED this _16_ day of ___April___, 2015.

By: _Karen L. Litkovitz_
UNITED STATES DISTRICT JUDGE